# In the United States District Court
# for the Southern District of Georgia
# Waycross Division



FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 2:25 pm, Oct 06, 2020

UNITED STATES OF AMERICA,

v.

DANIEL JASON CHANCEY,

     Defendant.

CR 510-004

## ORDER

Before the Court is Defendant Daniel Chancey's letter/motion requesting compassionate release. Dkt. No. 58. After the motion was filed, Chancey completed his imprisonment sentence and was released from custody. As such, the motion is **DENIED** as moot.

**SO ORDERED**, this ___ day of October, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA