# In the United States District Court for the Southern District of Georgia Waycross Division

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　　　　　　CR 510-004

DANIEL JASON CHANCEY,

　　Defendant.

### ORDER

Before the Court is Defendant Daniel Chancey's motion, dkt. no. 66, wherein he requests "final disposition" of his "pending supervised release revocation." This is Defendant's second such motion, dkt. no. 63, the first one having been denied, dkt. no 64.

In July 2021, a detainer was lodged against Defendant, who was serving a period of supervised release, after he was arrested by Georgia State Patrol for possession of methamphetamine. Dkt. No. 61. Defendant is still serving his state sentence; his projected release date is July 12, 2023. As such, Defendant's motion for final disposition is **DENIED**.

**SO ORDERED**, this 8 day of November, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA